UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTORIA NEZAJ,

                              Plaintiff,                    22 Civ. 8494 (PAE) (GS)

          -against-                               **PRE-SETTLEMENT CONFERENCE ORDER**

PS450 BAR AND RESTAURANT,
PARK SOUTH HOSPITALITY, CERUS
HOSPITALITY CONSULTING, LLC,
VIG PARK, INC., TERRY BROOKS,
MATTHEW WAGMAN, and DAVID
MILLER,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference for **Tuesday, April 2, 2024 at 3:30 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 207 528 34#.**

      SO ORDERED.

DATED:    New York, New York
                March 25, 2024

                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge