UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTORIA NEZAJ,

                              Plaintiff,

              -against-

PS450 BAR AND RESTAURANT *et al*,

                              Defendants.
------------------------------------------------------------------X

22 Civ. No. 8494 (PAE) (GS)

**AMENDED PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The Pre-settlement conference that was scheduled for **Tuesday, April 2, 2024 at 3:30 p.m.**, was unable to be held due to technical difficulties. A pre-settlement conference will now be held on **Wednesday, April 10, 2024 at 3:30 p.m.** The parties are reminded to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 528 533 333#.**

      SO ORDERED.

DATED:    New York, New York
               April 4, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge