UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORIA NEZAJ,

                           Plaintiff,

        -against-

PS450 BAR AND RESTAURANT *et al.*,

                          Defendant.
-----------------------------------------------------------------X

**22 Civ. No. 08494 (PAE) (GS)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, May 28, 2024 at 1:00 P.M.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court by Tuesday, May 21, 2024.

      **SO ORDERED.**

DATED:    New York, New York
                April 11, 2024

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge