# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

May 15, 2024

**VIA ECF**
The Honorable Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re: *Victoria Nezaj v. PS450 Bar and Restaurant, et al.*
Case No.: **1:22-cv-8494**

Dear Honorable Magistrate Judge Stein:

The undersigned represents Plaintiff Victoria Nezaj ("Plaintiff") in the above-referenced matter. The undersigned submits this letter in response to Defendants David Miller ("Defendant Miller"), Matthew Wagman ("Defendant Wagman"), and Terry Brooks ("Defendant Brooks") (collectively, "Individual Defendants") May 14, 2024, letter and per Your Honor's May 15, 2024, Order.

Plaintiff has provided the Individual Defendants with the documents in her possession, custody, and control. On May 13, 2024, Plaintiff served her IRS Tax Transcripts sufficient to show all income she has earned for the years 2019 to the present. On May 14, 2024, Plaintiff served her Amended Initial Disclosures and provided the Individual Defendants with a settlement demand.

Plaintiff has responded to the Individual Defendants' counsel's emails and advised them that Plaintiff was working on getting the information they requested and has already done so. Plaintiff would also like to advise the Court that like Defendants Miller and Brooks, Plaintiff will also be traveling and has already booked her flights to attend the May 28, 2014, in person settlement conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Megan S. Goddard
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]

---

In light of this response to Defendants' letter motion (Dkt. No. 84), the Settlement Conference scheduled for May 28, 2024 at 1:00 PM (Dkt. No. 83) will occur as planned. Defendants' letter motion is **denied as moot** but for the Court's previous grant of an extension of time to submit *ex parte* settlement letters. (Dkt. No. 85). The Clerk of Court is respectfully directed to close Docket Number 84.

SO ORDERED.

[Signature: Gary Stein]

Gary Stein
United States Magistate Judge
Southern District of New York

Dated: May 16, 2024
New York, New York